FILED'10 FEB 22 16:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIAN W. HILL, | CV No. 09-00042-MO |
| Petitioner, | |
| v. | ORDER DISMISSING HABEAS CORPUS PETITION |
| JOE DeCAMP, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss Brian W. Hill's habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 22 day of February, 2010.

_____
The Honorable Michael W. Mosman
U.S. District Judge

Submitted by:

s/Tonia L. Moro
_____
Tonia L. Moro
Attorney for Petitioner Brian W. Hill (with consent)